Clyde A. Thompson, SBN 72920
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
DEPUTY C. CHIN and DEPUTY G. ARRIVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VICTOR WOODWARD,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREGORY AHERN, Sheriff Alameda County; BURT WILCONSON, Facility Captain, Alameda County Jail; JOHN DOE, Classification Lt. Alameda County Jail; DR. JOHN/JANE DOE, MD, Chief Medical Officer, Alameda County Jail; DEPUTY CHIN, Alameda County Jail; DEPUTY ARIVAS, Alameda County Jail,<br><br>    Defendants. | Case No.: C09-0203 CRB<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS DEPUTY C. CHIN AND DEPUTY G. ARRIVAS TO FILE DISPOSITIVE MOTION |

Good cause appearing, Defendants Deputy C. Chin's and Deputy G. Arrivas' Request for Extension of Dispositive Motion Deadline, is GRANTED. No later than December 16, 2009, defendants must file and serve their dispositive motion, or notify the court that defendants are of the opinion that this case cannot be resolved by such a motion. In all other respects, the terms of the Court's July 9, 2009 Order of Service and August 18, 2009 Order remain in effect.

   IT IS SO ORDERED.

Dated:   October 9, 2009

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Woodward v. Ahern, et al.*/Case #C09-0203 CRB
[Proposed] Order Extending Time For Defendants Deputy C. Chin And Deputy G. Arrivas To File Dispositive Motion