1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VICTOR WOODARD,<br><br>           Plaintiff,<br><br>     vs.<br><br>GREGORY AHERN, Sheriff Alameda County; BURT WILCONSON, Facility Captain, Alameda County Jail; JOHN DOE, Classification Lt. Alameda County Jail; DR. JOHN/JANE DOE, MD, Chief Medical Officer, Alameda County Jail; DEPUTY CHIN, Alameda County Jail; DEPUTY ARIVAS, Alameda County Jail,<br><br>           Defendants. | Case No.: C09-0203 CRB (NJV)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Good Cause appearing from United States District Judge Charles Breyer's April 26, 2010 Order in Federal Civil Case 3:09-cv-00203 wherein the presence of patient Victor Woodard, ADK-471, is necessary; that the patient is presently confined at Coalinga State Hospital, Coalinga, California,

IT IS HEREBY ORDERED that patient Victor Woodard, ADK-471; DOB: 12/26/1953; be produced as a plaintiff in said civil action to participate in a settlement conference before Magistrate Judge Vadas at Solano State Prison on July 8, 2010 at 9 a.m. as follows:

1. Patient's name:   Victor Woodard, ADK-471; DOB: 12/26/1953; PFN ADK471;
2. Confined at Coalinga State Hospital, CO #000801-1, Coalinga, California, 93210-5003;
3. Place, date and time patient is to be produced as plaintiff:  Solano State Prison on July 8, 2010, at 9 a.m., before Magistrate Judge Vadas.

1

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
Writ Of Habeas Corpus Ad Testificandum

1   IT IS FURTHER ORDERED for the Warden of Solano State Prison to proceed to the
2   above-named state hospital and temporarily remove said patient therefrom and produce him as a
3   plaintiff in said civil action as aforesaid and safely keep the patient, and when said patient shall
4   no longer be required as a plaintiff as aforesaid, that the Warden shall return said patient to the
5   above-named state hospital.

6   Dated:  June 10, 2010

IT IS SO ORDERED

_____
Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
Writ Of Habeas Corpus Ad Testificandum