1

2

3

4

5               UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   VICTOR WOODARD,                    )  Case No.:  C09-0203 CRB/NJV
                                       )
9              Plaintiff,              )  **ORDER GRANTING DEFENDANTS'**
                                       )  **REQUEST TO BE EXCUSED FROM**
10      vs.                            )  **APPEARING IN PERSON OR BY**
                                       )  **TELEPHONE AT JULY 8, 2010**
11   GREGORY AHERN, Sheriff Alameda    )  **SETTLEMENT CONFERENCE**
     County; BURT WILCONSON, Facility  )
12   Captain, Alameda County Jail; JOHN DOE, )
     Classification Lt. Alameda County Jail; DR. )
13   JOHN/JANE DOE, MD, Chief Medical  )
     Officer, Alameda County Jail; DEPUTY )
14   CHIN, Alameda County Jail; DEPUTY )
     ARIVAS, Alameda County Jail,      )
15                                     )
               Defendants.             )
16   _____)

17          Defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS have requested to be

18   excused from personally attending the July 9, 2010 settlement conference, or from being

19   available by telephone for the duration of the settlement conference.

20          Attending in their place will be a representative of Alameda County, who has full

21   authorization to settle the case.

22          Good cause appearing,

23          The request by defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS to be

24   excused from the conference is hereby granted.

25   Dated: June 25, 2010

26                                     _____
                                            Magistrate Judge Nandor J. Vadas

27

28

                                            1