IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WOODARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY AHERN, et al.,<br><br>　　　　Defendant(s). | No. C 09-0203 CRB (PR)<br><br>ORDER REFERRING PLAINTIFF TO FEDERAL PRISONER PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL |

The plaintiff having requested and being in need of counsel to assist him/her in this matter, and good and just cause appearing,

IT IS ORDERED that plaintiff shall be referred to the Federal Prisoner Pro Bono Project in the manner set forth below:

(1) The clerk of this court shall forward to the Federal Prisoner Pro Bono Project: (a) a copy of this order, (b) a memorandum summarizing the claims and status of the action, and (c) a copy of the court file.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

SO ORDERED.

DATED: July 30, 2010

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.09\Woodard, V1.refer.wpd