IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WOODARD, ) | |
| ) | |
| Plaintiff(s), ) | No. C 09-0203 CRB (PR) |
| ) | |
| vs. ) | ORDER APPOINTING WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION, AS PRO BONO COUNSEL FOR PLAINTIFF |
| GREGORY J. AHERN, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Per order filed on July 30, 2010, the court referred plaintiff to the Federal Prisoner Pro Bono Project to find a volunteer attorney to represent him.

Michael A. Ladra has informed the court in writing that his law firm, Wilson Sonsini Goodrich & Rosati, Professional Corporation (WSGR), has agreed to serve as appointed pro bono counsel for plaintiff in this action. The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Michael A. Ladra of WSGR as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

SO ORDERED.

DATED: Sept. 30, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Woodard, V1.appointment.wpd