United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR WOODARD, | No. 3:09-CV-00203 CRB NJV |
| Plaintiff, | NOTICE AND ORDER VACATING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| GREGORY J. AHERN, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for 9:00 a.m. on March 24, 2011, at Coalinga State Hospital, is HEREBY VACATED. An order will follow rescheduling the settlement conference.

IT IS SO ORDERED.

Dated: March 18, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge