JAMES YOON, State Bar No. 177155
KALINA V. LALEVA, State Bar No. 266074
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jyoon@wsgr.com
Email: klaleva@wsgr.com
Attorneys for Plaintiff
VICTOR WOODARD

CLYDE A. THOMPSON, State Bar No. 72920
BENJAMIN A. THOMPSON, State Bar No. 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570
Email: cthompson@htalaw.com
Email: bthompson@htalaw.com
Attorneys for Defendants
DEPUTY C. CHIN and DEPUTY G. ARRIVAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| **VICTOR WOODARD,**<br><br>    Plaintiff,<br><br>v.<br><br>**GREGORY AHERN, et al.**<br><br>    Defendants. | CASE NO.: C09-0203 CRB<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Before: Hon. Charles Breyer |

The parties are currently scheduled to conduct a Further Case Management Conference on May 6, 2011, at 8:30 a.m. in front of Judge Charles Breyer. This Further Case Management Conference was scheduled for the parties to report the results of their settlement attempts. However, due to coordination problems, the parties were unable to conduct a settlement conference after the Initial Case Management Conference. Such settlement conference is now

JOINT REQUEST AND [PROPOSED]           -1-
ORDER TO RESCHEDULE FURTHER
CASE MANAGEMENT CONFERENCE

scheduled for June 2, 2011, at 9:00 a.m. in front of Magistrate Judge Nador Vadas.

**WHEREAS**, the parties jointly request the Court to reschedule the Case Management Conference to a date after the date of settlement. A Case Management Conference at such later date would be more beneficial to the parties and allow them to attempt a case resolution at the scheduled June 2, 2011, settlement conference.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiff and Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

The Further Case Management Conference currently scheduled for May 6, 2011 shall be rescheduled to a date after the June 2, 2011, settlement conference.

Respectfully submitted and so stipulated,

Dated: April 26, 2011          WILSON SONSINI GOODRICH & ROSATI


By: */s/ Kalina V. Laleva*
Kalina V. Laleva
James Yoon
Attorneys for Plaintiff
VICTOR WOODARD


Dated: April, 26, 2011          HAAPALA, THOMPSON & ABERN, LLP


By: */s/ Benjamin A. Thompson*
Benjamin A. Thompson*
Clyde Thompson
Attorneys for Defendants
DEPUTY C. CHIN and DEPUTY G. ARRIVAS
*Mr. Benjamin Thompson provided his consent that this document be electronically filed.

JOINT REQUEST AND [PROPOSED]          -2-
ORDER TO RESCHEDULE FURTHER
CASE MANAGEMENT CONFERENCE

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 **Case management conference continued to Friday, June 17, 2011 at 8:30 a.m..**

5 Dated: __April 28, 2011__

Hon. Charles Breyer
United States District Court



JOINT REQUEST AND [PROPOSED]
ORDER TO RESCHEDULE FURTHER
CASE MANAGEMENT CONFERENCE

-3-