1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   DEPUTY C. CHIN and DEPUTY G. ARRIVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VICTOR WOODARD, | Case No.: C09-0203 CRB (NJV) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON, AND TO BE AVAILABLE BY TELEPHONE STANDBY AT JUNE 2, 2011 SETTLEMENT CONFERENCE |
| vs. | |
| GREGORY AHERN, Sheriff Alameda County; BURT WILCONSON, Facility Captain, Alameda County Jail; JOHN DOE, Classification Lt. Alameda County Jail; DR. JOHN/JANE DOE, MD, Chief Medical Officer, Alameda County Jail; DEPUTY CHIN, Alameda County Jail; DEPUTY ARIVAS, Alameda County Jail, | |
| Defendants. | |

Defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS have requested to be excused from personally attending the June 2, 2011 settlement conference. However, they will be allowed to be available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of Alameda County, who has full authorization to settle the case.

Good cause appearing,

The request by defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS to be excused from personal attendance at the conference, and to be available by telephone standby is

/

/

1

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
[Proposed] Order Granting Defendants' Request To Be Excused From Appearing In Person, And To Be Available By Telephone Standby At June 2, 2011 Settlement Conference

hereby granted.

Dated: May 20, 2011

_____
Magistrate Judge Nandor J. Vadas

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
[Proposed] Order Granting Defendants' Request To Be Excused From Appearing In Person, And To Be Available By Telephone Standby At June 2, 2011 Settlement Conference