UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR WOODARD, | No. 3:09-CV-00203 CRB NJV |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| GREGORY J. AHERN, et al., | |
| Defendants. | |

The settlement conference in this case set for June 2, 2011, is HEREBY VACATED. The writ of habeas corpus issued April 25, 2011, for Plaintiff's appearance at that settlement conference is likewise VACATED.

IT IS SO ORDERED.

Dated: May 23, 2011

Judge Nandor J. Vadas