1   JAMES YOON, State Bar No. 177155
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    650 Page Mill Road
3   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
4   Facsimile:   (650) 493-6811
    Attorneys for Plaintiff
5   VICTOR WOODARD

6   CLYDE A. THOMPSON, State Bar No. 72920
    BENJAMIN A. THOMPSON, State Bar No. 236590
7   HAAPALA, THOMPSON & ABERN, LLP
    1939 Harrison Street, Suite 800
8   Oakland, California 94612
9   Tel: (510) 763-2324
    Fax: (510) 273-8570
10  Attorneys for Defendants
    DEPUTY C. CHIN and DEPUTY G. ARRIVAS
11

12              **UNITED STATES DISTRICT COURT**

13        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

14

15  **VICTOR WOODARD,**              )    CASE NO.:  C09-0203 CRB
                                     )
16          Plaintiff,               )    **JOINT REQUEST and**
                                     )    **[PROPOSED] ORDER TO**
17      v.                           )    **RESCHEDULE FURTHER CASE**
                                     )    **MANAGEMENT CONFERENCE**
18  **GREGORY AHERN, et al.**        )
                                     )    **Before: Hon. Charles Breyer**
19          Defendants.              )

20  _____

21          The parties are currently scheduled to conduct a Further Case Management Conference

22  on June 17, 2011, at 8:30 a.m. in front of Judge Charles Breyer.  This Further Case Management

23  Conference was scheduled for the parties to report the results of their settlement attempts.  On

24  June 3, 2011, *sua sponte*, the Court ordered a new settlement conference date.  Such settlement

25  conference is now scheduled for August 19, 2011, at 2:00 p.m. in front of Magistrate Judge

26  Nandor Vadas.

27

28
    JOINT REQUEST AND [PROPOSED]          -1-
    ORDER TO RESCHEDULE FURTHER
    CASE MANAGEMENT CONFERENCE

1      **WHEREAS**, the parties jointly request the Court to reschedule the Case Management

2  Conference to a date after the date of settlement.  A Case Management Conference at such later

3  date would be more beneficial to the parties and allow them to attempt a case resolution at the

4  scheduled August 19, 2011, settlement conference.

5      **IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiff and

6  Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

7      The Further Case Management Conference currently scheduled for June 17, 2011 shall

8  be rescheduled to September 9, 2011, at 8:30 a.m.

9

10

11                           Respectfully submitted,

12  Dated: June 6, 2011           WILSON SONSINI GOODRICH & ROSATI

13

14                        By: */s/ James C. Yoon*

15                        James C. Yoon
                         Attorneys for Plaintiff

16                        VICTOR WOODARD

17

18  Dated: June 6, 2011           HAAPALA, THOMPSON & ABERN, LLP

19

20                        By: */s/ Benjamin A. Thompson*

21                        Benjamin A. Thompson*
                         Clyde Thompson

22                        Attorneys for Defendants
                         DEPUTY C. CHIN and DEPUTY G. ARRIVAS

23                        *Mr. Benjamin Thompson provided his verbal
                         consent that this document be electronically filed.

24

25

26

27

28

    JOINT REQUEST AND [PROPOSED]       -2-
    ORDER TO RESCHEDULE FURTHER
    CASE MANAGEMENT CONFERENCE

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   **Case Management Conference continued to Friday, September 9, 2011, at 8:30 a.m.**

3

4   Dated: _June 8, 2011 _____



Hon. Charles Breyer
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST AND [PROPOSED]          -3-
ORDER TO RESCHEDULE FURTHER
CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

I, James C. Yoon, attest that I obtained the concurrence of Benjamin A. Thompson in filing this document.  I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of June 2011, at Palo Alto, California.

*/s/ James C. Yoon*
James C. Yoon

JOINT REQUEST AND [PROPOSED]          -4-
ORDER TO RESCHEDULE FURTHER
CASE MANAGEMENT CONFERENCE