```
1  MICHAEL A. LADRA, State Bar No. 64307
   Email: mike.ladra@lw.com
2  LATHAM & WATKINS LLP
   140 Scott Drive
3  Menlo Park, California 94025
   Telephone: +1.650.328.4600
4  Facsimile: +1.650.463.2600
5
6
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO JUDICIAL DISTRICT

| | |
|---|---|
| Victor Woodard, | CASE NO. C 09-0203 CRB (PR) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MICHAEL A. LADRA'S REQUEST TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF VICTOR WOODARD AND FOR REMOVAL FROM THE ECF DATABASE AND ALL SERVICE LISTS IN THIS ACTION |
| v. | |
| Gregory Ahern, et al., | |
| Defendants. | |

**THE COURT, HAVING CONSIDERED** Michael A. Ladra's Notice of Change of Address; Request for Withdrawal and for Removal from the ECF Database and All Service Lists in This Action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that permission to withdraw is hereby granted, and that Michael A. Ladra be removed from all service lists and the ECF database for this action.

Dated: June 16, 2011

HON. CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Number: C 09-0203 CRB (PR)
[PROPOSED] ORDER GRANTING WITHDRAWAL
OF MICHAEL A. LADRA AS ATTY FOR PLTF