United States District Court
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7    EUREKA DIVISION
8
9    VICTOR WOODARD,                              No. C 09-203 CRB (NJV)
10            Plaintiff,
                                                  WRIT OF HABEAS CORPUS
11       v.                                       AD TESTIFICANDUM
12   GREGORY J. AHERN, et al.,
13            Defendants.
     _____/
14
15
16   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
17   person of VICTOR WOODARD, presently in custody in Coaling State Hospital, as the presence of said
     witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.
18
19
20   Dated: July 25, 2011                         _____
                                                  NANDOR J. VADAS
21                                                United States Magistrate Judge
22
23                        THE PRESIDENT OF THE UNITED STATES OF AMERICA
24   TO:    DIRECTOR, COALINGA STATE HOSPITAL
25                                           GREETINGS
26   WE COMMAND that you have and produce the body of VICTOR WOODARD in your custody in the
27   hereinabove-mentioned institution, before the United States District Court in San Francisco, California,
28   on August 19, 2011, at 2:00 a.m., Courtroom 17, 450 Golden Gate Avenue, in order that said prisoner
     may then and there participate in the SETTLEMENT CONFERENCE in the matter of WOODARD V.

AHERN, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 25, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: July 25, 2011



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR WOODARD, | No. C 09-203 CRB (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| GREGORY J. AHERN, et al. | |
| Defendants. | |

I, the undersigned, hereby certify that on July 25, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Victor Woodard
Prisoner #000801-1
Coaling State Hospital
P.O. Box 5003/Unit 17
Coaling, CA 93210-5003

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3