IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WOODARD,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY J. AHERN,<br><br>        Defendant.<br>_____/ | No. C 09-00203 CRB<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

The Court is in receipt of a Motion to Withdraw as Counsel, filed by counsel to Plaintiff Victor Woodard. See dkt. 77. In the Motion, counsel asserts that "a complete and irreparable breakdown in communication has arisen between Counsel and Mr. Woodard and that further representation would be ineffective for Mr. Woodard's case." Id. at 2. The Court will not now rule on the Motion, which is calendared for September 2, 2011. However, the Court notes that in light of the Motion, the settlement conference now calendared before Magistrate Judge Vadas for August 19, 2011 is no longer appropriate. Accordingly, the Court VACATES the settlement conference, and will re-set it once the issues raised in the Motion to Withdraw have been resolved.

**IT IS SO ORDERED.**

Dated: August 3, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\203\order vacating sett conf.wpd