United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR WOODARD, | No. 3:09-CV-00203 CRB NJV |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| GREGORY J. AHERN, et al., | |
| Defendants. | |

On August 3, 2011, District Judge Breyer entered an order vacating the settlement conference in this case pending resolution of the Motion to Withdraw filed by Plaintiff's counsel. Accordingly, the writ of habeas corpus issued July 25, 2011, for Plaintiff's appearance at the settlement conference is likewise VACATED.

IT IS SO ORDERED.

Dated: August 5, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge