JAMES YOON, State Bar No. 177155
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jyoon@wsgr.com

Attorney for Plaintiff
Victor Woodard

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VICTOR WOODARD,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY AHERN, et al.<br><br>    Defendants. | CASE NO.: C09-0203 CRB (NJV)<br><br>[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF VICTOR WOODARD, ADK-471 |

Plaintiff, **VICTOR WOODARD, ADK-471,** DOB: 12/26/1953, a necessary and material witness in proceedings in this case beginning on October 27, 2011, at 2:00 p.m., is a patient at the Coalinga State Hospital, CO#000801-1, Coalinga, CA in the custody of the Executive Director of Coalinga State Hospital. In order to secure this patient's attendance at the settlement conference scheduled for October 27, 2011 at the United State District Court, San Francisco, California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **Victor Woodard, ADK-471**, to produce said patient at: **United State District Court, Northern District of California, Courtroom D, 450 Golden Gate Ave., San Francisco CA, the Honorable Nandor Vadas presiding, beginning on October 27, 2011, at 2:00 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director of the Coalinga State Hospital to produce patient VICTOR WOODARD for a settlement conference at the United State District Court, Northern District of California, Courtroom D, 450 Golden Gate Ave., San Francisco, California, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the patient to Coalinga State Hospital,

2. The custodian is ordered to notify the Court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Executive Director of Coalinga State Hospital,

**YOU ARE COMMANDED** to produce patient, **VICTOR WOODARD**, for a settlement conference at the United State District Court, Northern District of California, Courtroom D, 450 Golden Gate Ave., San Francisco, CA, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the patient to Coalinga State Hospital.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this patient and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: October 5, 2011



Judge Nandor J. Vadas

[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF VICTOR WOODARD, ADK-471
Case No. C09-0203-CRB (NJV)

-2-