Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
DEPUTY C. CHIN and DEPUTY G. ARRIVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VICTOR WOODARD,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREGORY AHERN, Sheriff Alameda County; BURT WILCONSON, Facility Captain, Alameda County Jail; JOHN DOE, Classification Lt. Alameda County Jail; DR. JOHN/JANE DOE, MD, Chief Medical Officer, Alameda County Jail; DEPUTY CHIN, Alameda County Jail; DEPUTY ARIVAS, Alameda County Jail,<br><br>    Defendants. | Case No.: C09-0203 CRB (NJV)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON, AND TO BE AVAILABLE BY TELEPHONE STANDBY AT OCTOBER 27, 2011 SETTLEMENT CONFERENCE |

Defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS have requested to be excused from personally attending the October 27, 2011 settlement conference. However, they will be allowed to be available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of Alameda County, who has full authorization to settle the case.

Good cause appearing,

The request by defendants DEPUTY C. CHIN and DEPUTY G. ARRIVAS to be excused from personal attendance at the conference, and to be available by telephone standby is

/

/

1

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
[Proposed] Order Granting Defendants' Request To Be Excused From Appearing In Person, And To Be Available By Telephone Standby At June 2, 2011 Settlement Conference

1  hereby granted.

2  Dated: October 17, 2011

_____
3  Magistrate Judge Nandor J. Vadas

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

*Woodward v. Ahern, et al./*Case #C09-0203 CRB (NJV)
[Proposed] Order Granting Defendants' Request To Be Excused From Appearing In Person, And To Be Available By Telephone Standby At June 2, 2011 Settlement Conference