United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WOODARD,<br><br>    Petitioner,<br><br>v.<br><br>GREGORY J. AHERN,<br><br>    Respondant._____/ | No. C 09-00203 CRB<br><br>**ORDER DISMISSING CASE** |

The Court has received a Suggestion of Death Upon the Record Under Rule 25(a)(1), filed by counsel to Plaintiff Victor Woodard (dkt. 96). The death of a habeas petitioner renders his petition moot. See Griffey v. Lindsey, 349 F.3d 1157, 1157 (9th Cir. 2003); McClendon v. Trigg, 79 F.3d 557, 558 (7th Cir. 1996). Any collateral consequences end with the petitioner's death as well. McClendon, 79 F.3d at 558-59. The petition must be dismissed. See id. at 559. Accordingly, the Court DISMISSES Petitioner's case.

**IT IS SO ORDERED.**

Dated: February 27, 2012                                     CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\203\order dismissing.wpd